Pamela MAXIE, Claimant/Appellant,

v.

BEVERLY ENTERPRISES, d/b/a Delhaven Nursing Home, Employer/Respondent.

No. 62929.

Missouri Court of Appeals, Eastern District, Division One.

June 15, 1993.

Rehearing Denied July 14, 1993.

Ray B. Marglous, Del Phillips, Margulis & Grant, Clayton, for claimant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, J. Patrick Chassaing, Sp. Asst. Atty. Gen., St. Louis, for employer/respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Claimant appeals the Labor and Industrial Relations Commission's denial of her claim against the Second Injury Fund. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).